## 16403. STILL *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 9, 1925.

Indictment for larceny from house; from Fulton superior court —Judge Howard. March 16, 1925.

*Smith & Watson,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H. Pharr,* contra.

---

## 16406. IRVIN *v.* THE STATE.

LUKE, J. The evidence amply authorized his conviction, and for no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Conviction of assault and battery; from Pike superior court—Judge Searcy. March 14, 1925.

*E. F. Dupree,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.